IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 5:97-cr-00003-1 |
| | ) |
| James Henry Baisden, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## O R D E R

On December 10, 2014, Defendant filed a motion under 18 U.S.C. § 3582(c)(2) for a sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines.

On April 28, 2015, Defendant was released from Bureau of Prisons custody upon the expiration of his 262-month sentence, and he began service of his supervised release term.

Even pursuant to an Amendment 782 sentence reduction (assuming Defendant were eligible), he could not have been released from custody any earlier than April 28, 2015, as the retroactivity of that Amendment does not occur until November 1, 2015.

Since Defendant is no longer serving his originally imposed federal custodial sentence, a requirement for sentence reduction consideration and eligibility, his Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

SO ORDERED this 7th day of OCTOBER 2015.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA